IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRAIN WHITE
PLAINTIFF, PRO-SE

VS.

Ken Herring
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338
_____ DEFENDANT ECT.

DR. ELIZABETH FAGEN
HUMBLE ISD SUPERINTENDENT
BOARD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME
KINGWOOD SCHOOL DISTRICT
ISD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME DEFENDANTS
FOR KINGWOOD ISD SCHOOL
DISTRICT
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

CIVIL ACTION

**4:22cv0420**

CIVIL RIGHT COMPLAINT

United States Courts
Southern District of Texas
FILED
JAN 18 2022
Nathan Ochsner, Clerk of Court

I.

**JURISDICTION & VENUE**

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state and federal law, of rights secured by the Constitution of the United States.

The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3), Plaintiff Brain White's claims for injuctive relief and authorized by 28 U.S.C. 2283 & 2284, and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Texas is an appropriate venue under 28 U.S.C. 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II.
## PLAINTIFFS

1. Plaintiff Brain White is and was at all times mentioned herein a 17 year old child (minor) student at the Kingwood Highschool in Kingwood, Texas. Brain White's current address is: 370 Forest Street, Jersey City, New Jersey, 07304, Apt. #3; he may receive any legal papers to him at that address.

## III.
## DEFENDANTS

Defendant Ken Herring was the head coach at the Kingwood Highschool in Kingwood Texas ISD. You may service this complaint to the office of the Kingwood Highschool at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant Dr. Elizabeth Fagen is the superintendent for the Kingwood Highschool; she may be serviced at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant NAME UNKNOWN may be serviced at the Human ISD school board at 20200 EASTWAY VILLAGE DRIVE, HUMAN, TEXAS 77338, between 8:00 am and 4:00 pm.

## IV.
## SERVICE

All defendants are sued individually and in there official capacities, and at all times in this complaint each defendant acted under color of state and federal law.

Each defendant worked at the Kingwood ISD SCHOOL DISTRICT.

## V.
## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Brain White was a minor child at the time of the cause of action and did not know of his rights to legal recourse against the defendants in this complaint.

Plaintiff asserts that he didn't know what caused him to act up with the family and police until the plaintiff began receiving psychiatric help and discovered that his nightmares, lack of sleep, and paranoia all stemmed from the assault upon him by the defendant Ken Herring.

After receiving needed psychiatric help by his doctor and discovering what would cause his anger issues and make him act out as he was doing (see medical records, encl.), He discovered that he would require medical and psychiatric treatment for the rest of his life. The Plaintiff was unaware that HIS RIGHTS WERE VIOLATED FOR OVER A YEAR - AFTER THIS WAS EXPLAINED TO HIM BY HIS DOCTOR. (see medical records)

Plaintiff has been under psychiatric care since this happened, it's now been one year since the plaintiff found out what caused him to be sick with mental disease.

**VI.**
**PRAYER FOR RELIEF**

WHEREFORE PREMISES CONSIDERED, Plaintiff Brain White respectfully Prays that this Honorable Court enter judgment:

1. Granting Plaintiff Brain White a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States;

2. Granting Plaintiff Brain White compensatory damages of $3,000.00 against each defendant, jointly and severally;

3. Plaintiff Brain White seeks compensatory damages of $75,000.00 against Coach Ken Herring exclusively;

4. Plaintiff seeks punitive damages in the amount of $100.00 against each defendant, jointly and severally;

5. Plaintiff seeks a jury trial on all issues triable by jury;

6. Plaintiff seeks recovery of all court costs, fees, and costs of litigation of this suit;

7. Any additional relief this Court deems just, proper and equitable; and

8. Plaintiff requests that this law suit be issued to the defendants.

**STATEMENT OF CLAIM**

Plaintiff Brain White is filing this civil lawsuit against Coach Ken Herring, the Board of Humble ISD and its elected trustees, and the Humble ISD. school board and its superintendent.for aggravated assault of Plaintiff Brain White, Plaintiff, in this case for causing Plaintiff extensive mental anguish and physical injury and psychological issues which include the pain and suffering of the plaintiff, problems with authority, PTSD, and schizophrenia.

1) Plaintiff Brian White was 17 years old, a minor child, playing for the Kingwood Highschool football team in October of 1998.

2) Defendant Ken Herring was a coach for Kingwood Highschool football team, and was also working for the Kingwood Board of Trustees for the ISD.

3) The ISD Board is responsible for all children on school property.

4) The following are a few examples of the issues that have caused the Plaintiff Brian White's psychiatric disease and mental illness

5) Defendant Ken Herring kicked the plaintiff on his buttocks while Plaintiff Brian White was in a "three point stance," running a new football play, and this caused bruising and near immediate pain and soreness to his buttocks and lower back.

6) Plaintiff Brian White was also embarassed and humiliated by this assault while it was carried out in front of other ISD coaches and all of his white teammates. They all laughed because of the fact that the Defendant Ken Herring, a caucasion male, had kicked and assaulted an African American child in front of them.

7) The Defendant Ken Herring assaulted Plaintiff Brian White and no legal action was taken by legal authorities and/or by the ISD administrators.

8) Plaintiff has nightmares about the aggravated assault committed on

him and no authorities acting on the assault.

9) Plaintiff has been diagnosed with the mental illnesses (above) by a psychiatrist and has been prescribed both treatment and medication.

10) The ISD Board Members let this assaultive behavior continue. They had the proof to stop it, but they declined due to other minor children going through the same abuses.

When I, Brian White, was 17 years old playing for Kingwood Football Highschool in October 1998, Coach Herring at football practice on the practice field next to Kingwood Highschool Track, kicked me with his foot in the butt while I was in my three point stance getting ready to run a new play in front of all the other coaches and my white teammates, who then laughed and thought it was funny. He kicked me or assaulted me, and when I raised up to ask why the tears, he got in my face and challenged me saying "what are you going to do about it?" He then got in Daniel Pickens face but did not assault him.

From that moment on, I was afraid of Coach Ken Herring and did not want to play for him anymore. I never used drugs, never was late to practice, was a role model honor student, kid preacher, drummer for a local church, and a member of Fellow Christian Athletes, Student Council, class president, and had great potential for receiving a division 1 scholarship for football.

I told my parents about the incident a week later, and told them I did not want to play for Coach Ken Herring. I transferred to Humble Highschool, where they did not want me to play because of district rules, but since the seriousness of what happened, they let me play.

However, after the first game I played, Coach Quillen said he could not play me at running back anymore, even though I had a great game, and Benny Carter, who always talked to me after every game, bluntly ignored me, when I approached him on the field, and letters stopped coming in from potential division one schools who were recruiting me. One instance, I went to St. Thomas for a West Point interview, and they got my information, but did not call Coach Quillen because my address was a Kingwood address. Coach Herring told me out of his own mouth that he told West Point, "He is not the right guy for the job." he also blackballed me with South West Texas and Quatchia (spelling off) in Arkansas. Years later I would hear from other students that he was still kicking people, and he had termed it, "Do you want me to give you a 'Brian

White' kick in the butt?"

That incident changed my life forever. I developed a problem with authority, suffer from PTSD, schizophrenia where I have dreams about Coach Herring, and I am currently seeing a psychiatrist for treatment and medication. I still have problems with authority, and it's very difficult for me to get along with people, and function normally in society. I just want justice for what happened to me.

B White
(signature)

1/13/2022
(date)

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matter alleged therein are true and correct as to matters alleged upon information and belief, and as to those, I believe them to be true and correct. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Jersey City, New Jersey.

_______________________

Brain White
370 Forest Street, Apt. 3
Jersey City, New Jersey 07304

**SERVICE**

I Brian White, do hereby state that I have mailed a true and correct copy of the foregoing to the United States District Court for the Southern District of Texas at 515 Rush, Houston, Texas 77002, on this, the 13 day of January, 2022, and this was sent by first class U.S. Mail.

_______________________

Brain White
(address above)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CIVIL ACTION

BRAIN WHITE
PLAINTIFF, PRO-SE

VS.

CIVIL RIGHT COMPLAINT

Ken Herring
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338
_____ DEFENDANT ECT.

DR. ELIZABETH FAGEN
HUMBLE ISD SUPERINTENDENT
BOARD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME
KINGWOOD SCHOOL DISTRICT
ISD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME DEFENDANTS
FOR KINGWOOD ISD SCHOOL
DISTRICT
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

I.

**JURISDICTION & VENUE**

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state and federal law, of rights secured by the Constitution of the United States.

The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3), Plaintiff Brain White's claims for injuctive relief and authorized by 28 U.S.C. 2283 & 2284, and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Texas is an appropriate venue under 28 U.S.C. 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II.
## PLAINTIFFS

1. Plaintiff Brain White is and was at all times mentioned herein a 17 year old child (minor) student at the Kingwood Highschool in Kingwood, Texas. Brain White's current address is: 370 Forest Street, Jersey City, New Jersey, 07304, Apt. #3; he may receive any legal papers to him at that address.

## III.
## DEFENDANTS

Defendant Ken Herring was the head coach at the Kingwood Highschool in Kingwood Texas ISD. You may service this complaint to the office of the Kingwood Highschool at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant Dr. Elizabeth Fagen is the superintendent for the Kingwood Highschool; she may be serviced at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant NAME UNKNOWN may be serviced at the Human ISD school board at 20200 EASTWAY VILLAGE DRIVE, HUMAN, TEXAS 77338, between 8:00 am and 4:00 pm.

## IV.
## SERVICE

All defendants are sued individually and in there official capacities, and at all times in this complaint each defendant acted under color of state and federal law.

Each defendant worked at the Kingwood ISD SCHOOL DISTRICT.

## V.
## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Brain White was a minor child at the time of the cause of action and did not know of his rights to legal recourse against the defendants in this complaint.

Plaintiff asserts that he didn't know what caused him to act up with the family and police until the plaintiff began receiving psychiatric help and discovered that his nightmares, lack of sleep, and paranoia all stemmed from the assault upon him by the defendant Ken Herring.

After receiving needed psychiatric help by his doctor and discovering what would cause his anger issues and make him act out as he was doing (see medical records, encl.), He discovered that he would require medical and psychiatric treatment for the rest of his life. The Plaintiff was unaware that HIS RIGHTS WERE VIOLATED FOR OVER A YEAR - AFTER THIS WAS EXPLAINED TO HIM BY HIS DOCTOR. (see medical records)

Plaintiff has been under psychiatric care since this happened, it's now been one year since the plaintiff found out what caused him to be sick with mental disease.

## VI.
## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Plaintiff Brain White respectfully Prays that this Honorable Court enter judgment:

1. Granting Plaintiff Brain White a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States;

2. Granting Plaintiff Brain White compensatory damages of $3,000.00 against each defendant, jointly and severally;

3. Plaintiff Brain White seeks compensatory damages of $75,000.00 against Coach Ken Herring exclusively;

4. Plaintiff seeks punitive damages in the amount of $100.00 against each defendant, jointly and severally;

5. Plaintiff seeks a jury trial on all issues triable by jury;

6. Plaintiff seeks recovery of all court costs, fees, and costs of litigation of this suit;

7. Any additional relief this Court deems just, proper and equitable; and

8. Plaintiff requests that this law suit be issued to the defendants.

**STATEMENT OF CLAIM**

Plaintiff Brain White is filing this civil lawsuit against Coach Ken Herring, the Board of Humble ISD and its elected trustees, and the Humble ISD. school board and its superintendent.for aggravated assault of Plaintiff Brain White, Plaintiff, in this case for causing Plaintiff extensive mental anguish and physical injury and psychological issues which include the pain and suffering of the plaintiff, problems with authority, PTSD, and schizophrenia.

1) Plaintiff Brian White was 17 years old, a minor child, playing for the Kingwood Highschool football team in October of 1998.

2) Defendant Ken Herring was a coach for Kingwood Highschool football team, and was also working for the Kingwood Board of Trustees for the ISD.

3) The ISD Board is responsible for all children on school property.

4) The following are a few examples of the issues that have caused the Plaintiff Brian White's psychiatric disease and mental illness

5) Defendant Ken Herring kicked the plaintiff on his buttocks while Plaintiff Brian White was in a "three point stance," running a new football play, and this caused bruising and near immediate pain and soreness to his buttocks and lower back.

6) Plaintiff Brian White was also embarassed and humiliated by this assault while it was carried out in front of other ISD coaches and all of his white teammates. They all laughed because of the fact that the Defendant Ken Herring, a caucasion male, had kicked and assaulted an African American child in front of them.

7) The Defendant Ken Herring assaulted Plaintiff Brian White and no legal action was taken by legal authorities and/or by the ISD administrators.

8) Plaintiff has nightmares about the aggravated assault committed on

him and no authorities acting on the assault.

9) Plaintiff has been diagnosed with the mental illnesses (above) by a psychiatrist and has been prescribed both treatment and medication.

10) The ISD Board Members let this assaultive behavior continue. They had the proof to stop it, but they declined due to other minor children going through the same abuses.

When I, Brian White, was 17 years old playing for Kingwood Football Highschool in October 1998, Coach Herring at football practice on the practice field next to Kingwood Highschool Track, kicked me with his foot in the butt while I was in my three point stance getting ready to run a new play in front of all the other coaches and my white teammates, who then laughed and thought it was funny. He kicked me or assaulted me, and when I raised up to ask why the tears; he got in my face and challenged me saying "what are you going to do about it?" He then got in Daniel Pickens face but did not assault him.

From that moment on, I was afraid of Coach Ken Herring and did not want to play for him anymore. I never used drugs, never was late to practice, was a role model honor student, kid preacher, drummer for a local church, and a member of Fellow Christian Athletes, Student Council, class president, and had great potential for receiving a division 1 scholarship for football.

I told my parents about the incident a week later, and told them I did not want to play for Coach Ken Herring. I transferred to Humble Highschool, where they did not want me to play because of district rules, but since the seriousness of what happened, they let me play.

However, after the first game I played, Coach Quillen said he could not play me at running back anymore, even though I had a great game, and Benny Carter, who always talked to me after every game, bluntly ignored me, when I approached him on the field, and letters stopped coming in from potential division one schools who were recruiting me. One instance, I went to St. Thomas for a West Point interview, and they got my information, but did not call Coach Quillen because my address was a Kingwood address. Coach Herring told me out of his own mouth that he told West Point, "He is not the right guy for the job." he also blackballed me with South West Texas and Quatchia (spelling off) in Arkansas. Years later I would hear from other students that he was still kicking people, and he had termed it, "Do you want me to give you a 'Brian

White' kick in the butt?"

That incident changed my life forever. I developed a problem with authority, suffer from PTSD, schizophrenia where I have dreams about Coach Herring, and I am currently seeing a psychiatrist for treatment and medication. I still have problems with authority, and it's very difficult for me to get along with people, and function normally in society. I just want justice for what happened to me.

B White
(signature)

1/13/2022
(date)

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matter alleged therein are true and correct as to matters alleged upon information and belief, and as to those, I believe them to be true and correct. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Jersey City, New Jersey.

______________________

Brain White
370 Forest Street, Apt. 3
Jersey City, New Jersey 07304

**SERVICE**

I Brian White, do hereby state that I have mailed a true and correct copy of the foregoing to the United States District Court for the Southern District of Texas at 515 Rush, Houston, Texas 77002, on this, the 13 day of January, 2022, and this was sent by first class U.S. Mail.

______________________

Brain White
(address above)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CIVIL ACTION

BRAIN WHITE
PLAINTIFF, PRO-SE

VS.

CIVIL RIGHT COMPLAINT

Ken Herring
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338
DEFENDANT ECT.

DR. ELIZABETH FAGEN
HUMBLE ISD SUPERINTENDENT
BOARD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME
KINGWOOD SCHOOL DISTRICT
ISD.
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

UNKNOWN NAME DEFENDANTS
FOR KINGWOOD ISD SCHOOL
DISTRICT
10203 BIRCHRIDGE DRIVE
HUMBLE, TEXAS 77338

## I.

## JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state and federal law, of rights secured by the Constitution of the United States.

The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3), Plaintiff Brain White's claims for injuctive relief and authorized by 28 U.S.C. 2283 & 2284, and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Texas is an appropriate venue under 28 U.S.C. 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II.
## PLAINTIFFS

1. Plaintiff Brain White is and was at all times mentioned herein a 17 year old child (minor) student at the Kingwood Highschool in Kingwood, Texas. Brain White's current address is: 370 Forest Street, Jersey City, New Jersey, 07304, Apt. #3; he may receive any legal papers to him at that address.

## III.
## DEFENDANTS

Defendant Ken Herring was the head coach at the Kingwood Highschool in Kingwood Texas ISD. You may service this complaint to the office of the Kingwood Highschool at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant Dr. Elizabeth Fagen is the superintendent for the Kingwood Highschool; she may be serviced at 10203 Birchridge Drive, 77338, between 8:00 am and 4:00 pm.

Defendant NAME UNKNOWN may be serviced at the Human ISD school board at 20200 EASTWAY VILLAGE DRIVE, HUMAN, TEXAS 77338, between 8:00 am and 4:00 pm.

## IV.
## SERVICE

All defendants are sued individually and in there official capacities, and at all times in this complaint each defendant acted under color of state and federal law.

Each defendant worked at the Kingwood ISD SCHOOL DISTRICT.

## V.
## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Brain White was a minor child at the time of the cause of action and did not know of his rights to legal recourse against the defendants in this complaint.

Plaintiff asserts that he didn't know what caused him to act up with the family and police until the plaintiff began receiving psychiatric help and discovered that his nightmares, lack of sleep, and paranoia all stemmed from the assault upon him by the defendant Ken Herring.

After receiving needed psychiatric help by his doctor and discovering what would cause his anger issues and make him act out as he was doing (see medical records, encl.), He discovered that he would require medical and psychiatric treatment for the rest of his life. The Plaintiff was unaware that HIS RIGHTS WERE VIOLATED FOR OVER A YEAR - AFTER THIS WAS EXPLAINED TO HIM BY HIS DOCTOR. (see medical records)

Plaintiff has been under psychiatric care since this happened, it's now been one year since the plaintiff found out what caused him to be sick with mental disease.

## VI.
## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Plaintiff Brain White respectfully Prays that this Honorable Court enter judgment:

1. Granting Plaintiff Brain White a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States;

2. Granting Plaintiff Brain White compensatory damages of $3,000.00 against each defendant, jointly and severally;

3. Plaintiff Brain White seeks compensatory damages of $75,000.00 against Coach Ken Herring exclusively;

4. Plaintiff seeks punitive damages in the amount of $100.00 against each defendant, jointly and severally;

5. Plaintiff seeks a jury trial on all issues triable by jury;

6. Plaintiff seeks recovery of all court costs, fees, and costs of litigation of this suit;

7. Any additional relief this Court deems just, proper and equitable; and

8. Plaintiff requests that this law suit be issued to the defendants.

**STATEMENT OF CLAIM**

Plaintiff Brain White is filing this civil lawsuit against Coach Ken Herring, the Board of Humble ISD and its elected trustees, and the Humble ISD. school board and its superintendent for aggravated assault of Plaintiff Brain White, Plaintiff, in this case for causing Plaintiff extensive mental anguish and physical injury and psychological issues which include the pain and suffering of the plaintiff, problems with authority, PTSD, and schizophrenia.

1) Plaintiff Brian White was 17 years old, a minor child, playing for the Kingwood Highschool football team in October of 1998.

2) Defendant Ken Herring was a coach for Kingwood Highschool football team, and was also working for the Kingwood Board of Trustees for the ISD.

3) The ISD Board is responsible for all children on school property.

4) The following are a few examples of the issues that have caused the Plaintiff Brian White's psychiatric disease and mental illness

5) Defendant Ken Herring kicked the plaintiff on his buttocks while Plaintiff Brian White was in a "three point stance," running a new football play, and this caused bruising and near immediate pain and soreness to his buttocks and lower back.

6) Plaintiff Brian White was also embarassed and humiliated by this assault while it was carried out in front of other ISD coaches and all of his white teammates. They all laughed because of the fact that the Defendant Ken Herring, a caucasion male, had kicked and assaulted an African American child in front of them.

7) The Defendant Ken Herring assaulted Plaintiff Brian White and no legal action was taken by legal authorities and/or by the ISD administrators.

8) Plaintiff has nightmares about the aggravated assault committed on

him and no authorities acting on the assault.

9) Plaintiff has been diagnosed with the mental illnesses (above) by a psychiatrist and has been prescribed both treatment and medication.

10) The ISD Board Members let this assaultive behavior continue. They had the proof to stop it, but they declined due to other minor children going through the same abuses.

When I, Brian White, was 17 years old playing for Kingwood Football Highschool in October 1998, Coach Herring at football practice on the practice field next to Kingwood Highschool Track, kicked me with his foot in the butt while I was in my three point stance getting ready to run a new play in front of all the other coaches and my white teammates, who then laughed and thought it was funny. He kicked me or assaulted me, and when I raised up to ask why the tears, he got in my face and challenged me saying "what are you going to do about it?" He then got in Daniel Pickens face but did not assault him.

From that moment on, I was afraid of Coach Ken Herring and did not want to play for him anymore. I never used drugs, never was late to practice, was a role model honor student, kid preacher, drummer for a local church, and a member of Fellow Christian Athletes, Student Council, class president, and had great potential for receiving a division 1 scholarship for football.

I told my parents about the incident a week later, and told them I did not want to play for Coach Ken Herring. I transferred to Humble Highschool, where they did not want me to play because of district rules, but since the seriousness of what happened, they let me play.

However, after the first game I played, Coach Quillen said he could not play me at running back anymore, even though I had a great game, and Benny Carter, who always talked to me after every game, bluntly ignored me, when I approached him on the field, and letters stopped coming in from potential division one schools who were recruiting me. One instance, I went to St. Thomas for a West Point interview, and they got my information, but did not call Coach Quillen because my address was a Kingwood address. Coach Herring told me out of his own mouth that he told West Point, "He is not the right guy for the job." he also blackballed me with South West Texas and Quatchia (spelling off) in Arkansas. Years later I would hear from other students that he was still kicking people, and he had termed it, "Do you want me to give you a 'Brian

White' kick in the butt?"

That incident changed my life forever. I developed a problem with authority, suffer from PTSD, schizophrenia where I have dreams about Coach Herring, and I am currently seeing a psychiatrist for treatment and medication. I still have problems with authority, and it's very difficult for me to get along with people, and function normally in society. I just want justice for what happened to me.

B White
(signature)

1/13/2022
(date)

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matter alleged therein are true and correct as to matters alleged upon information and belief, and as to those, I believe them to be true and correct. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Jersey City, New Jersey.

[signature]

Brain White
370 Forest Street, Apt. 3
Jersey City, New Jersey 07304

**SERVICE**

I Brian White, do hereby state that I have mailed a true and correct copy of the foregoing to the United States District Court for the Southern District of Texas at 515 Rush, Houston, Texas 77002, on this, the 13 day of January, 2022, and this was sent by first class U.S. Mail.

[signature]

Brain White
(address above)